UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| Vs. | ) Case No. 03-00276-01-CR-W-SOW |
| | ) |
| JAMES EARL WATERS, | ) |
| | ) |
| Defendant. | ) |

## ORDER MODIFYING CONDITIONS AND REDUCING TERM OF SUPERVISED RELEASE

For good and sufficient cause, as shown by the U.S. Probation Office, it is hereby

**ORDERED** that the following condition of supervised release be removed:

**The defendant will reside in and satisfactorily participate in a residential reentry center program, until discharged by the center director after consultation with the Probation Office, for a period not to exceed 120 days.**

it is also hereby **ORDERED** that James Earl Waters' supervised release term be reduced from 24 months to 12 months.

   /s/ Scott O. Wright
SCOTT O. WRIGHT
SENIOR U.S. DISTRICT JUDGE

Dated at Kansas City, Missouri, this    15th    Day of   January  , 2013.