# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JAMES E. WATERS,<br><br>        Defendant. | Case No. 03-00276-01-CR-W-BCW |

## MOTION TO REVOKE SUPERVISED RELEASE

The United States hereby moves the Court to revoke defendant's supervised release based on a Violation Report, dated April 24, 2013, for violating the following conditions of supervised release:

1. Violation of Mandatory Condition, which reads, "The defendant shall not commit another federal, state or local crime."

2. Violation of Mandatory Condition, which reads, "The defendant shall not unlawfully possess a controlled substance."

These alleged violations of supervised release are set forth in the Violation Report, prepared by United States Probation Officer Kurt H. Habiger.

WHEREFORE, the United States moves the Court to set this matter for final supervised release revocation hearing in accordance with this motion.

        Respectfully submitted,

        Tammy Dickinson
        United States Attorney

By    */s/ **Rudolph R. Rhodes IV***
        Rudolph R. Rhodes IV
        Assistant United States Attorney

        Charles Evans Whittaker Courthouse
        400 East 9th Street, Room 5510
        Kansas City, Missouri 64106
        Telephone: (816) 426-3122

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing was delivered on this 5th day of June, 2013, to the Electronic filing System (CM/ECF) of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

                Michael Marcotte
                5414 South Coachman Avenue
                Independence, Missouri    64055

                                      */s/ Rudolph R. Rhodes IV*

                                      Rudolph R. Rhodes IV
                                      Assistant United States Attorney