Case: 03-00276-01-CR-W-SOW
TO: Clerk Of The Court
From: James Waters
#16608-045

---

Re: Request for a Updated Docket Sheet; Plea Aggrement of case; Sentencing Memorandum, and Sentencing Hearing.

Case No. 03-00276-01-CR-W-SOW
United States v. James Waters

Dear Clerk of the Court,
    I am submitting this letter to you in reference to the above matter, and I would like a completed copy of the Plea Agreement, Sentencing Memorandum, Sentencing Hearing, and Docket Sheet that has a showing of all the District Court actions that took place in the above captioned case.

    Please send the requesting documents to myself, who is named and addressed above. Also, I am indigent and unable to pay costs.

    Your prompt response and assistance in this matter will be greatly appreciated.

Dated; 3/12/14.

Respectfully Submitted

*James Waters*

Name: James Waters

Mr. James Waters #16608-045
#31.D13-302
Beaumont-USP
PO Box 26030
Beaumont, TX 77220



NORTH HOUSTON TX 772
11 MAR 2014 PM 2 L

RECEIVED
2014 MAR 14 PM 1:17
CLERK, U.S. DIST. COURT
WEST. DIST. OF MO
KANSAS CITY, MO

⇨16608-045⇨
Federal Courts
400 E 9TH ST
Kansas CITY, MO 64106
United States

64106260799